PER CURIAM.
Affirmed. See Gooding v. University Hosp. Bldg., Inc., 445 So.2d 1015, 1018 (Fla.1984); Autrey v. Carroll, 240 So.2d 474 (Fla.1970); North Broward Hosp. Dist. v. Johnson, 538 So.2d 871 (Fla. 4th DCA 1988), review denied, 551 So.2d 462 (Fla.1989); Fee, Parker & Lloyd, P.A. v. Sullivan, 379 So.2d 412 (Fla. 4th DCA), cert. denied, 388 So.2d 1119 (Fla.1980); Pickard v. Maritime Holdings Corp., 161 So.2d 239 (Fla. 3d DCA 1964).